IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUNUP, INC., | CIVIL ACTION FILE |
| Plaintiff, | NO. 1:20-cv-02340-LMM |
| v. | |
| STEVE URVAN, | |
| Defendant. | |

## <u>STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff

GunUp, Inc., and Defendant Steve Urvan (collectively the "Parties"), hereby

stipulate to the dismissal of the above-captioned action with prejudice and

without an award of costs or attorneys' fees to either party.

\\

\\

STIPULATION TO VOLUNTARY
DISMISSAL WITH PREJUDICE

1

**SO STIPULATED** this 29th day of October, 2021.

**KAN CLARK LLP**

By:   */s/Alan Kan*
_____
     Alan Kan, Georgia Bar No.: 602573
     Attorneys for Plaintiff GunUp, Inc.
     2849 Paces Ferry Road SE, Suite 215
     Atlanta, GA 30339
     Telephone:  (678) 298-7911
     Facsimile:  (678) 298-6291
     Email: akan@kanclarklaw.com

**SAVITT BRUCE & WILLEY LLP**

By:   */s/Duncan Manville*
_____
     Duncan E. Manville (Admitted *Pro Hac Vice*)
     Patrick D. Moore (Admitted *Pro Hac Vice*)
     Attorneys for Plaintiff GunUp, Inc.
     1425 Fourth Avenue, Suite 800
     Seattle, WA 98101-2272
     Telephone: (206) 749-0500
     Facsimile: (206) 749-0600
     Email: dmanville@sbwllp.com
           pmoore@sbwllp.com

STIPULATION TO VOLUNTARY
DISMISSAL WITH PREJUDICE

2

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**KREVOLIN & HORST, LLC**

By:    */s/Jeffrey D. Horst*
        Jeffrey D. Horst
        Attorneys for Defendant Steve Urvan.
        1201 W. Peachetree St., NW
        Suite 3250, One Atlantic Center
        Atlanta, GA 30309
        Telephone: (404) 888-9700
        Email: horst@khlawfirm.com
                mclaurin@khlawfirm.com

STIPULATION TO VOLUNTARY
DISMISSAL WITH PREJUDICE

3

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

# ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2021

_____
Clerk of the Court

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29th, 2021 I electronically filed Plaintiff GunUp, Inc.'s Stipulation to Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mr. Jeffrey D. Horst, GBN: 367834
Mr. Josh I. McLaurin, GBN: 169227
Krevolin & Horst, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone:  (404) 888-9700
Email:  horst@khlawfirm.com
           mclaurin@khlawfirm.com

☒Via E-Filing
☐ Via Legal Messenger
☒Via Email
☐ Via U.S. Mail
☐Via Fax

*Attorneys for Defendant Steve Urvan*

DATED this 29th day of October, 2021 at Seattle, Washington.

Nate Garberich

CERTIFICATE OF SERVICE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500